## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hutt, Kia

Printed: 03/10/09

Case Number: 08 B 16928

Judge: Hollis, Pamela S

Filed: 6/30/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 26, 2009
Confirmed:  September 8, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,012.50 |  |
| Secured: |  | 300.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 646.01 |
| Trustee Fee: |  | 66.49 |
| Other Funds: |  | 0.00 |
| Totals: | 1,012.50 | 1,012.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,784.00 | 646.01 |
| 2. | Regional Acceptance | Secured | 26,786.05 | 300.00 |
| 3. | Regional Acceptance | Unsecured | 263.40 | 0.00 |
| 4. | United States Dept Of Education | Unsecured | 3,334.09 | 0.00 |
| 5. | Premier Bankcard | Unsecured | 40.59 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 40.10 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 70.00 | 0.00 |
| 8. | Global Payments | Unsecured | 52.50 | 0.00 |
| 9. | PRA Receivables Management | Unsecured | 119.23 | 0.00 |
| 10. | Jefferson Capital Systems LLC | Unsecured | 66.06 | 0.00 |
| 11. | National Capital Management | Unsecured | 59.03 | 0.00 |
| 12. | Power Funding Inc | Unsecured | 66.75 | 0.00 |
| 13. | Jefferson Capital Systems LLC | Unsecured | 33.52 | 0.00 |
| 14. | Bank Of America | Unsecured |  | No Claim Filed |
| 15. | CFS-SunTech Servicing | Unsecured |  | No Claim Filed |
| 16. | Certified Services | Unsecured |  | No Claim Filed |
| 17. | CFS-SunTech Servicing | Unsecured |  | No Claim Filed |
| 18. | Zenith Acquisition | Unsecured |  | No Claim Filed |
| 19. | Collection | Unsecured |  | No Claim Filed |
| 20. | CFS-SunTech Servicing | Unsecured |  | No Claim Filed |
| 21. | Continental Finance | Unsecured |  | No Claim Filed |
| 22. | Enhanced Recovery | Unsecured |  | No Claim Filed |
| 23. | NCO Financial Services Inc | Unsecured |  | No Claim Filed |
| 24. | First Bank Of Deleware | Unsecured |  | No Claim Filed |
| 25. | University Of Phoenix | Unsecured |  | No Claim Filed |
| 26. | TCF Bank | Unsecured |  | No Claim Filed |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hutt, Kia

Printed: 03/10/09

Case Number:  08 B 16928

Judge:  Hollis, Pamela S

Filed:  6/30/08

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | AFNI | Unsecured | | No Claim Filed |
| | | | $ 34,715.32 | $ 946.01 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 21.94 |
| 6.6% | 44.55 |
| | $ 66.49 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: